tract by the payment of the lien claims. For this purpose, if the trial court desires, it may cause the sale of such interest in the lease as would have been the value of the contractors' interest, or it may continue operation thereof in the hands of the receiver to the end that all parties may ultimately obtain as nearly substantial justice as is possible, within the judgment and discretion of the trial court. The costs of this appeal will be borne one-third by plaintiff in error and one-third by each of the defendants in error. In view of the fact that further proceedings are necessary we leave for final determination by the trial court the matter of attorney's fees, and in the amount and effect thereof upon the lienable portion of the estate the attention of the trial court is called to Consolidated Cut Stone Co. v. Seidenbach, decided January 28, 1936, not yet officially reported.

McNEILL, C. J., and RILEY, BUSBY, and GIBSON, JJ., concur.

the number of commissioners of the city of El Reno.

Plaintiffs in error filed their petition in error on April 3, 1933, and on June 16, 1933, filed their brief in support of their protest. No brief has been filed by the proponents of the petition and no excuse offered for failure to file the same.

We have examined the record, the allegations of the petition in error, and the brief submitted by the protestants, and are of the opinion that the protest should be sustained.

The petition of the protestants is therefore sustained, with directions to the city clerk to vacate the order heretofore made and to enter an order sustaining the objections to the Initiative Petition No. 4 as prayed for in the petition in error.

McNEILL, C. J., OSBORN, V. C. J., and RILEY, BUSBY, and PHELPS, JJ., concur.

## In re INITIATIVE PETITION NO. 4.

No. 24564.   Feb. 4, 1936.

J. N. Roberson, City Attorney, and Fogg & Fogg, for protestants.

PER CURIAM. This is an appeal by the city of El Reno from the decision of the city clerk declaring the sufficiency of an initiative petition calling an election to change

## J. R. WATKINS CO. v. MILLER et al.

No. 25934.   Feb. 11, 1936.

Dan Nelson and Webber, George & Owen, for plaintiff in error.

Arthur H. Dolman, for defendants in error.

PER CURIAM. This action was com-